[No. 45419-6-I.   Division One.   November 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TEREYLL RASHAD MOODY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 99-8-00970-5, Carlos Y. Velategui, J. Pro Tem., and John M. Darrah, J., entered September 17, 1999 and November 15, 1999. *Affirmed* by unpublished per curiam opinion.

[Nos. 17843-9-III; 17864-1-III.   Division Three.   November 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY DEL McREYNOLDS, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. AMY JO McREYNOLDS, *Appellant*.

Appeals from judgments of the Superior Court for Stevens County, Nos. 97-1-00178-6 and 98-1-00005-2, Larry M. Kristianson, J., entered September 4, 1998. *Remanded* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J. Now published at 104 Wn. App. 560.

[No. 18339-4-III.   Division Three.   November 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD RYAN TODD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01877-4, Michael E. Donohue, J., entered March 5, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19022-6-III.   Division Three.   November 30, 2000.]

ROBERT COUTURE, ET AL., *Respondents*, v. HELEN VALLERGA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 98-2-00402-1, Jack Burchard, J., entered December 22, 1999. *Affirmed* by unpublished per curiam opinion.